UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME TALLEY,<br><br>                Plaintiff,<br>   v.<br>SALLY OLSON, et al.,<br><br>              Defendants. | No. C15-5641 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED.** Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

(3) The Clerk is directed to send copies of this Order to Plaintiff

**DATED** this 19th day of October, 2015.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1